**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6819**

---

ANDREE L. SMITH,

Plaintiff - Appellant,

versus

ROBERT F. BARRY, Assistant Public Defender,
Collateral Review Division; CAROL E. CHANCE,
Chief, Collateral Review Division,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-98-
1602-AMD)

---

Submitted: September 30, 1998      Decided: October 15, 1998

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Andree L. Smith, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andree L. Smith appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. Barry, No. CA-98-1602-AMD (D. Md. May 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED